STATE v. HALL

No. 312P87.

Case below: 85 N.C. App. 447.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

STATE v. HARRIS

No. 245P87.

Case below: 85 N.C. App. 172.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

STATE v. HUTCHINS

No. 356P87.

Case below: 85 N.C. App. 721.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 28 July 1987.

STATE v. LEA

No. 334A87.

Case below: 85 N.C. App. 721.

Motion by Attorney General to dismiss appeal for failure to show a substantial constitutional question allowed 28 July 1987.

STATE v. McRAE

No. 351P87.

Case below: 86 N.C. App. 233.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.